UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASKARAN SINGH CHEEMA,<br><br>               Plaintiff,<br><br>    v.<br><br>JOHN F. KELLY,[1] Secretary of Department of Homeland Security, et al.,<br><br>               Defendants. | No. 2:16-cv-001966-RSM<br><br>NOTICE OF/MOTION FOR VOLUNTARY DISMISSAL |

COMES NOW, plaintiff, by and through his attorney of record, and files this Notice of/Motion for Voluntary Dismissal (without prejudice), without claim of either party to attorney fees or costs, effective February 17, 2017.  There is no opposition to this filing by the Defendants.  .

---

[1] On January 20, 2017, John F. Kelly became the Secretary of the U.S. Department of Homeland Security.  Therefore, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, John Kelly is substituted for Jeh Johnson as a respondent in this case.  The Clerk of Court is requested to update the docket accordingly, and the parties are requested to update the caption on all future filings with the Court.

NOTICE AND [PROPOSED] ORDER - 1
(2:16-cv-01966-RSM)

LAW OFFICES OF BART KLEIN
605 First Avenue, Suite 500
Seattle, Washington 98104
206-624-3787/624-6371 fax

1   Dated this 17th day of February, 2016.

2

3    /s Bart Klein_____

4   BART KLEIN, WSBA # 10909
    Law Offices of Bart Klein
5   605 First Avenue, Suite 500
    Seattle, Washington 98104
6   Phone: (206) 624-3787
7   Fax: (206) 624-6371
    E-mail: bklein@bartklein.com
8   Attorney for Plaintiff
9

## ORDER

**IT IS SO ORDERED** this 17th day of February 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

NOTICE AND [PROPOSED] ORDER - 2
(2:16-cv-01966-RSM)

LAW OFFICES OF BART KLEIN
605 First Avenue, Suite 500
Seattle, Washington 98104
206-624-3787/624-6371 fax